IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RON FOSTER, FOSTER FARMS, LLC, and MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator, <br><br> Defendants. | No. 2:14-cv-16744 <br><br><br> **NOTICE OF FILING OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD** |

**NOTICE OF FILING OF**
**CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

In accordance with the Report of Parties' Planning Meeting (ECF Doc. #16) submitted to this Court on September 26, 2014, Defendants the United States Environmental Protection Agency and Gina McCarthy hereby file the attached certified index to the administrative record for the January 24, 2012 Administrative Order challenged by Plaintiffs in this action. A CD containing copies of the record documents listed on the attached certified index has been sent via Federal Express to counsel for Plaintiff.

Respectfully submitted,

R. BOOTH GOODWIN II
United States Attorney

**s/ J. Christopher Krivonyak**
Assistant United States Attorney
WV State Bar No. 7187
Counsel for United States
United States Attorney's Office
P.O. Box 1713
Charleston, WV 25326
Phone: 304-345-2200 | Fax: 304-347-5443
Email: chris.krivonyak@usdoj.gov

        SAM HIRSCH
        Acting Assistant Attorney General
        Environment and Natural Resources Division

        **/s/ Amanda Shafer Berman**
        Amanda Shafer Berman
        Laura J. Brown
        United States Department of Justice
        600 D St. NW, Ste. 8000
        Washington D.C. 20004
        Telephone: 202-514-1950
        Email: amanda.berman@usdoj.gov

DATED this 25th day of November, 2014.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on November 25, 2014, I filed the foregoing NOTICE OF FILING and accompanying CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD with the Clerk of the Court electronically. Accordingly, it has been made available via ECF to counsel of record for Plaintiff.

      /s/ Amanda Shafer Berman
      Amanda Shafer Berman
      Laura J. Brown
      United States Department of Justice
      600 D St. NW, Ste. 8000
      Washington D.C. 20004
      Telephone: 202-514-1950
      Email: amanda.berman@usdoj.gov