**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

|  |  |  |
|---|---|---|
| RON FOSTER, FOSTER FARMS, LLC, and MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | No. 2:14-cv-16744 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATION OF INDEX
TO THE ADMINISTRATIVE RECORD**

I am employed as the Associate Director, Office of Environmental Programs within the U.S. Environmental Protection Agency Region III.  In the course of my employment I supervised the development of Order for Compliance, Docket No. CWA-03-2012-0070DW.  I make this Certification based upon my personal knowledge and information obtained by me during the course of my duties.

I hereby certify that to the best of my knowledge and belief the materials identified in the attached index constitute the complete administrative record for Order for Compliance, Docket No. CWA-03-2012-0070DW, which the U.S. Environmental Protection Agency Region III issued to Foster Farms, LLC, on January 24, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

Dated: 11/24/14

JEFFREY D. LAPP   11/24/14
Associate Director
Office of Environmental Programs
Environmental Assessment and Innovation Division
U.S. Environmental Protection Agency
Region III

**CERTIFIED INDEX TO THE RECORD**

Ron Foster, Marketing & Planning Specialists Limited Partnership, and Foster Farms LLC v. United States Environmental Protection Agency and Gina McCarthy, in her official capacity as Administrator

Civil Action No. 2:14-cv-16744

| Record No. | Title | Date |
|---|---|---|
| 1. | Topographical map depicting the location of the Site, Exhibit A to Order for Compliance, EPA Docket No. CWA-03-2012-0070DW | January 24, 2012 |
| 2. | Article entitled: *Ecological Linkages Between Headwaters and Downstream Ecosystems: Transport of Organic Matter, Invertebrates, and Wood Down Headwater Channels*; by Mark S. Wipfli, John S. Richardson, and Robert J. Naiman; Journal of the American Water Resources Association | February 2007 |
| 3. | Article entitled: *Where Rivers Are Born: The Scientific Imperative of Defending Small Streams and Wetlands*, by Judy L. Meyer, Ph.D.; et. al.; American Rivers and Sierra Club | September 2003 |
| 4. | Article entitled: *Small But Mighty: Headwaters Are Vital to Stream Network Biodiversity at Two Levels of Organization*, by Debra S. Finn, et. al., Journal of the North American Benthological Society | September 2011 |
| 5. | State of West Virginia Certificate of Registration, Marketing & Planning Specialists Limited Partnership | November 6, 2008 |
| 6. | Issue Paper: *Recommendations for Determining Relatively Permanent Waters (RPWs) in Headwater Streams in the Huntington and Pittsburgh Corps Districts*, by Greg Pond and Margaret Passmore | May 19, 2008 |
| 7. | Correspondence from Phillip A. Colflesh, Contech Bridge Solutions, to Nikki Fint, Fox Engineering | May 3, 2006 |
| 8. | Correspondence from Ginger Mullins, USACE, to Larry George, Endurance Group | April 11, 2008 |
| 9. | Correspondence from Phillip and Linda Blackwell | Undated |
| 10. | Email exchange between Richard Berkes, USACE; Stephanie Chin, USEPA; and Todd Lutte, USEPA | Date range: March 27, 2009 – March 30, 2009 |
| 11. | Email from Pamela Lazos, USEPA, to Robert Johns, Endurance Group | May 20, 2009 |
| 12. | Correspondence from John Pomponio, USEPA, to Jennifer Fox, Fox Engineering | July 27, 2009 |
| 13. | Correspondence from John Pomponio, USEPA, to John McCoy, Central Industrial Maintenance | August 13, 2009 |

| 14. | Email exchange between Richard Berkes, USACE, to Stephanie Chin, USEPA | August 21, 2009 |
|---|---|---|
| 15. | Order for Compliance, EPA Docket No. CWA-03-2009-0222DW, issued to Endurance Group, LLC and Central Industrial Maintenance, Inc. | September 4, 2009 |
| 16. | Correspondence from Joe McCoy, Central Industrial Maintenance, Inc., to Todd Lutte, USEPA | September 10, 2009 |
| 17. | Correspondence from Wendel Turner, on behalf of Robert Johns, Bankruptcy Trustee for the Endurance Group, LLC, to Todd Lutte, USEPA | September 23, 2009 |
| 18. | Deed by and between Robert Johns, Bankruptcy Trustee for the Endurance Group, LLC, and Foster Farms, LLC, and attachments | October 29, 2009 |
| 19. | Deed by and between Robert Johns, Bankruptcy Trustee for the Endurance Group, LLC, and Marketing & Planning Specialists Limited Partnership, and attachments | October 29, 2009 |
| 20. | Purchase Agreement by and between Robert Johns, Bankruptcy Trustee for the Endurance Group, LLC, and Ronald P. Foster | August 6, 2009 |
| 21. | Notice of Motion for Sale of Real Estate, and Notice of Opportunity for Bid, In Re: The Endurance Group, LLC, Bankruptcy Case No. 4:09-40053 | August 10, 2009 |
| 22. | Trustee's Motion for Order Authorizing the Sale of Real Estate, , In Re: The Endurance Group, LLC, Bankruptcy Case No. 4:09-40053 | August 10, 2009 |
| 23. | Bill of Sale and Assignment of Permits by and between Robert Johns, Bankruptcy Trustee for the Endurance Group, LLC, and Foster Farms, LLC, | October 29, 2009 |
| 24. | Correspondence from Charles King, Foster Farms, LLC to Scott Mandirola, WVDEP | November 5, 2009 |
| 25. | Correspondence from Joe McCoy, Central Industrial Maintenance, Inc. to Todd Lutte, USEPA | November 11, 2009 |
| 26. | Email from Brad Turman, Foster Supply Inc., to Stephanie Chin, USEPA | December 29, 2009 |
| 27. | Email exchange between Jason Chambers, Judith Taylor, and John King (all WVDEP) and Brad Turman, Foster Supply Inc. | Date range: December 29, 2009 - January 4, 2010 |
| 28. | Correspondence from Scott Mandirola, WVDEP, to Charles King, Foster Farms, LLC | January 5, 2010 |
| 29. | Email exchange between Jason Chambers, Judith Taylor, and John King (all WVDEP) and Brad Turman, Foster Supply Inc. | Date range: December 29, 2009 – January 6, 2010 |

| 30. | Email exchange between Brad Turman, Foster Supply Inc., and Stephanie Chin, USEPA | Date range: January 15, 2010 – February 1, 2010 |
|---|---|---|
| 31. | Correspondence from Todd Lutte, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | February 2010 |
| 32. | Correspondence from Stephanie Chin, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | March 1, 2010 |
| 33. | Correspondence from Joe McCoy, Central Industrial Maintenance, Inc., to Stephanie Chin, USEPA | March 16, 2010 |
| 34. | Correspondence from Todd Lutte, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | June 1, 2010 |
| 35. | Email from Todd Lutte, USEPA, to Ron Foster | June 2, 2010 |
| 36. | Email from Ron Foster to Todd Lutte, USEPA | June 8, 2010 |
| 37. | Application for WV/NPDES Water Pollution Control Modification, by Charles King, Foster Farms, LLC | June 28, 2010 |
| 38. | Email from Natalie Hardman, WVDEP, to Ron Foster | August 17, 2010 |
| 39. | Property Development Agreement by and between Foster Farms LLC, Marketing & Planning Specialists Limited Partnership, and Design/ Build Resource Group, LLC | August 24, 2010 |
| 40. | Email from Dan Metheny, Fox Engineering, to Ron Foster | September 9, 2010 |
| 41. | Summary of Violation at Foster Farms, LLC, Pad #4, Parkersburg, Wood County, WV | September 2010 |
| 42. | Permit/ Site Evaluation, WV/NPDES Construction Stormwater General Permit | October 5, 2010 |
| 43. | Email from Todd Lutte, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | November 4, 2010 |
| 44. | Response to USEPA Request for Information from Fox Engineering to Stephanie Chin, USEPA | December 22, 2010 |
| 45. | USEPA Request for Information Letter to Fox Engineering | Undated |
| 46. | USEPA Request for Information Letter to Foster Farms, LLC | Undated |
| 47. | Response to USEPA Request for Information from Charles King, Trustee, Foster Farms, LLC to Stephanie Chin, USEPA | December 24, 2010 |
| 48. | Photographic Documentation, Neal Run Crossing | February 18, 2011 |
| 49. | Response to USEPA Request for Information from David Walters, Walters Excavating to Stephanie Chin, USEPA | Undated |
| 50. | Memorandum of Agreement between The Department of the Army and The Environmental Protection Agency Concerning Federal Enforcement for the Section 404 Program of the Clean Water Act | January 19, 1989 |

| 51. | Email exchange between Blair Gardner and Stephanie Chin, USEPA, and Pamela Lazos, USEPA | Date range: October 20, 2010 - February 14, 2011 |
|---|---|---|
| 52. | Email from Ron Foster to Pamela Lazos, USEPA | March 6, 2011 |
| 53. | Email from Pamela Lazos, USEPA to Blair Gardner | February 14, 2011 |
| 54. | Correspondence from Joe McCoy, Central Industrial Maintenance, Inc., to Stephanie Chin, USEPA | Undated |
| 55. | Email from Todd Lutte, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | March 9, 2011 |
| 56. | Correspondence from Todd Lutte, USEPA to Ron Foster | March 9, 2011 |
| 57. | Email exchange between Ron Foster and Stephanie Chin, USEPA; Pamela Lazos, USEPA; and Todd Lutte, USEPA | Date range: April 11, 2011 - April 15, 2011 |
| 58. | Email and attachments from Richard Hemann, USACE to Stephanie Chin, USEPA | April 26, 2011 |
| 59. | Email from Richard Hemann, USACE to Stephanie Chin, USEPA | April 27, 2011 |
| 60. | Letter of Transmittal, Wetland and Stream Delineation Report, Neal Run Crossing, by Randolph Engineering | March 23, 2011 |
| 61. | Wetland and Stream Delineation Report Neal Run Crossing, by Randolph Engineering | March 10, 2011 |
| 62. | Email exchange between Ron Foster and Stephanie Chin, USEPA; Pamela Lazos, USEPA; and Todd Lutte, USEPA | Date range: April 11, 2011 - April 27, 2011 |
| 63. | Email exchange between Ron Foster and Stephanie Chin, USEPA; Pamela Lazos, USEPA; and Todd Lutte, USEPA | Date range: April 11, 2011 - April 28, 2011 |
| 64. | Email and attachments from Stephanie Chin, USEPA, to Richard Hemann, USACE | April 28, 2011 |
| 65. | Wetland and Stream Delineation Report, by Randolph Engineering | June 6, 2011 |
| 66. | Email from Pamela Lazos, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc., and Ron Foster | June 8, 2011 |
| 67. | Email and attachments from Richard Hemann, USACE to Stephanie Chin, USEPA | July 21, 2011 |
| 68. | Email exchange between Richard Hemann, USACE and Stephanie Chin, USEPA.  Reference to unrelated enforcement matter redacted. | Date range: July 21, 2011 – July 22, 2011 |
| 69. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: July 26, 2011- |

| | | July 27, 2011 |
|---|---|---|
| 70. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: July 26, 2011- July 27, 2011 |
| 71. | Email from Pamela Lazos, USEPA, to Joe McCoy, Central Industrial Maintenance, Inc. | August 2, 2011 |
| 72. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: April 27, 2011 - October 18, 2011 |
| 73. | Email exchange between Ron Foster and Stephanie Chin, USEPA; Pamela Lazos, USEPA; and Todd Lutte, USEPA | Date range: April 11, 2011 - April 13, 2011 |
| 74. | Correspondence from Ron Foster to Stephanie Chin, USEPA; and Todd Lutte, USEPA | Undated |
| 75. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: April 28, 2011 October 29, 2011 |
| 76. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: April 11, 2011 - October 25, 2011 |
| 77. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: April 11, 2011 - November 23, 2011 |
| 78. | Email from Joe McCoy, Central Industrial Maintenance, Inc., to Pamela Lazos, USEPA | November 23, 2011 |
| 79. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: October 18, 2011 -November 23, 2011 |
| 80. | Email from Richard Hemann, USACE, to Stephanie Andreescu, USEPA | December 7, 2011 |
| 81. | Email from Richard Hemann, USACE, to Stephanie Andreescu, USEPA | December 9, 2011 |
| 82. | Email from Richard Hemann, USACE, to Stephanie Andreescu, USEPA | December 9, 2011 |

| | | |
|---|---|---|
| 83. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: October 19, 2011 -December 27, 2011 |
| 84. | Email exchange between Ron Foster and Pamela Lazos, USEPA | Date range: April 11, 2011 - January 3, 2012 |
| 85. | Order for Compliance, EPA Docket No.: 03-2012-0070DW, issued to Foster Farms, LLC | January 24, 2012 |
| 86. | Correspondence from Joe McCoy, Central Industrial Maintenance, Inc., to Todd Lutte, USEPA | September 30, 2009 |
| 87. | Map: Conceptual Site Plan 3 | March 14, 2008 |
| 88. | Map: prepared for remediation work under Order for Compliance, EPA Docket No. CWA-03-2009-0222DW | Undated |
| 89. | Map: Stream Cross Sections, Stream Remediation Plan, prepared for remediation work under Order for Compliance, EPA Docket No. CWA-03-2009-0222DW | October 1, 2009 |
| 90. | Map: Stream Remediation Plan, prepared for remediation work under Order for Compliance, EPA Docket No. CWA-03-2009-0222DW | October 1, 2009 |
| 91. | Map: River Valley Town Center Site Plan | 2010 |
| 92. | Map: Neal Run Crossing Conceptual Plan 1 | March 24, 2010 |
| 93. | Map: Neal Run Crossing Conceptual Plan 2 | March 24, 2010 |
| 94. | Map: Steam Remediation, prepared by Central Industrial Maintenance, Inc., for remediation work pursuant to Order for Compliance, EPA Docket No. CWA-03-2009-0222DW | December 20, 2010 |
| 95. | Printed copies of GIS Layers Maps | Consulted between September 9, 2010 and January 24, 2012 |
| 96. | Attachment to Email from Richard Hemann, USACE, to Stephanie Andreescu, USEPA | December 9, 2011 |
| 97. | Attachment to Email from Brad Turman, Foster Supply Inc., to Stephanie Chin, USEPA | December 29, 2009 |
| 98. | Neal Run Crossing CD Photos | Contents of CD provided to EPA by U.S. Army Corps of Engineers in March 2009 |
| 99. | Photographs taken by EPA during May 2, 2011 site visit | May 2, 2011 |

| 100. | Photographs provided to EPA by Central Industrial Maintenance, Inc., depicting remediation work pursuant to Order for Compliance, EPA Docket No. CWA-03-2009-0222DW | August 2, 2011 |
|---|---|---|
| 101. | Photographs taken by EPA during September 9, 2009 site visit | September 9, 2009 |
| 102. | Photographs taken by EPA during September 27, 2011 site visit | September 27, 2011 |