**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

RON FOSTER, MARKETING & PLANNING )
SPECIALISTS LIMITED PARTNERSHIP, and )
FOSTER FARMS, LLC, )
) No. 2:14-cv-16744
          Plaintiffs, )
)
  v. )
)
UNITED STATES ENVIRONMENTAL ) **PLAINTIFFS' MOTION FOR**
PROTECTION AGENCY and GINA ) **SUMMARY JUDGMENT**
MCCARTHY, in her official capacity as )
Administrator, )
          Defendants. )

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
**FOR DISMISSAL OF DEFENDANTS' COUNTERCLAIMS**

Plaintiffs Ron Foster, Marketing & Planning Specialists, L.P. and Foster Farms, LLC

(collectively, "Plaintiffs") submit this motion for summary judgment under Fed. R. Civ. P.

("FRCP") 56 for dismissal of counterclaim(s) of Defendants U.S. Environmental Protection

Agency ("EPA") and Gina McCarthy, administrator of EPA, (collectively the "EPA"). For the

reasons set forth in the attached memorandum of law, Plaintiffs' Motion for Summary Judgment

dismissing EPA's counterclaim(s) should be granted.

DATED this 21st day of February, 2017.

                     Respectfully submitted,
                     RON FOSTER, MARKETING & PLANNING
                     SPECIALISTS LIMITED PARTNERSHIP and
                     FOSTER FARMS, LLC

                     s/ J.C. (Max) Wilkinson, Jr.
                     James S. Crockett, Jr. (WV State Bar No. 9229)
                     J. C. (Max) Wilkinson, Jr. (WVSB No. 8869)
                     300 Kanawha Boulevard, E. (Zip 25301)
                     P. O. Box 273
                     Charleston, WV 25321-0273
                     jwilkinson@spilmanlaw.com
                     Telephone: (304) 340-3800
                     Facsimile: (304) 340-3801

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

|  |  |
|---|---|
| RON FOSTER, FOSTER FARMS, LLC, and MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, | ) ) ) ) |
| Plaintiffs & Counterclaim-Defendants | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and GINA MCCARTHY, in her official capacity as Administrator, | ) ) ) ) ) ) |
| Defendants and Counterclaimants. | ) ) ) |

No. 2:14-cv-16744 (JTC)

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on February 21st, 2017, I served the foregoing Plaintiffs' Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgement on the following counsel for Plaintiffs via the Court's CM/ECF service:

| | |
|---|---|
| JOHN C. CRUDEN<br>Assistant Attorney General<br>Environment and Natural Resources Division | Amanda Shafer Berman<br>Laura Jane Brown<br>United States Department of Justice<br>600 D St. NW, Ste 8000<br>Washington D.C. 20004<br>202-514-1950 (Berman)<br>202-514-3376 (Brown)<br>amanda.berman@usdoj.gov<br>laura.j.s.brown@usdoj.gov |

s/ J. C. (Max) Wilkinson, Jr.
J. C. (Max) Wilkinson, Jr.

Dated: February 21, 2017

40