# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RON FOSTER, FOSTER FARMS, LLC, and MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants and Counterclaimants. | No. 2:14-cv-16744 (JTC) |

## ENTRY OF APPEARANCE

Kent E. Hanson hereby enters his appearance on behalf of Defendants United States Environmental Protection Agency and Scott Pruitt, in his official capacity as Administrator, in the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| CAROL A. CASTO <br> United States Attorney | JEFFREY H. WOOD <br> Acting Assistant Attorney General |
| */s/ Gary L. Call*  <br> GARY L. CALL <br> Assistant United States Attorney <br> W.V. State Bar No. 589 <br> United States Attorneys' Office <br> P.O. Box 1713 <br> Charleston, W.V. 25326 <br> Phone: 304-345-2200 <br> Fax: 304-347-5440 <br> Email: Gary.Call@usdoj.gov | */s/ Kent E. Hanson*  <br> KENT E. HANSON <br> United States Department of Justice <br> Env't & Nat. Resources Division <br> U.S. Department of Justice <br> P.O. Box 7611 <br> Washington, D.C. 20044 <br> 206-639-5544 <br> kent.hanson@usdoj.gov |

Dated: June 22, 2017

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RON FOSTER, FOSTER FARMS, LLC, and MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, <br><br> Plaintiffs & Counterclaim-Defendants <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY et al., <br><br> Defendants and Counterclaimants. | No. 2:14-cv-16744 (JTC) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2017, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel for Plaintiffs:

James S. Crockett, Jr, Esquire
John C. Wilkinson, Jr, Esquire
Spilman Thomas & Battle, PLLC
P.O. Box 273
Charleston, WV 25231-0273
JCrockett@spilmanlaw.com
JWilkinson@spilmanlaw.com

                                                        */s/ Kent E. Hanson*
                                                        Kent E. Hanson