# District Judge Daybook Entry

| | |
|---|---|
| United States District Court - Southern District of West Virginia at Charleston | |
| Date: 8/14/2017 | Case Number 2:14-cv-16744 |
| Case Style: Foster vs. United States Environmental Protection Agency | |
| Type of hearing Bench Trial | |
| Before the honorable: 2508-Copenhaver | |
| Court Reporter Catherine Schutte-Stant | Courtroom Deputy |
| Attorney(s) for the Plaintiff or Government James Crockett | |
| Attorney(s) for the Defendant(s) Laura Brown, Sonya Shea | |
| Law Clerk Anna Majestro | Probation Officer |

### Trial Time

Non Jury Trial.  Day No: 1

### Non-Trial Time

### Court Time

9:33     to 9:41
10:29     to 12:10
2:47     to 5:10
Total Court Time: 4 Hours 12 Minutes Non-Trial Time/Uncontested Time

### Courtroom Notes

Each side presented their opening statement; Watched the video deposition of Andreescu; Court will reconvene tomorrow at 9:30.