# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/18/2017                                                                 Case Number 2:14-cv-16744
Case Style: Foster vs. United States Environmental Protection Agency
Type of hearing Bench Trial
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                          Courtroom Deputy
Attorney(s) for the Plaintiff or Government John Wilkinson, James Crockett


Attorney(s) for the Defendant(s) Laura Brown, Sonya Shea


Law Clerk Majestro                                                              Probation Officer

## Trial Time

Non Jury Trial.  Day No: 5

## Non-Trial Time



## Court Time

9:39      to 11:00
3:30      to 4:29
2:01      to 3:16
11:15     to 12:32
4:47      to 5:42
Total Court Time: 5 Hours 47 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Foster, Seth Walters, Larry George, Hatfield, White, and Metheny testified for plaintiffs.  Plaintiffs rested.  Parties presented closing statements.