AO 187 (Rev. 7/87) | USDC/CRT-009 (Rev. 1/07) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT  CHARLESTON

RON FOSTER, et al.,

**EXHIBIT AND WITNESS LIST**

v.

UNITED STATES OF AMERICA ENVIRONMENTAL
PROTECTION AGENCY, et al

Case Number:  2:14-cv-16744

| PRESIDING JUDGE<br>Honorable John T. Copenhaver, Jr. | PLAINTIFF'S ATTORNEY<br>Max Wilkinson | DEFENDANT'S ATTORNEY<br>Laura J. Brown |
|---|---|---|
| TRIAL DATE (S)<br>8/14/17 - 8/18/17 | COURT REPORTER<br>Catherine Schutte-Stant | COURTROOM DEPUTY |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* OR NAME OF WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of_____Pages