FILED:  December 16, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2208
(2:14-cv-16744)

_____

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING
SPECIALISTS LIMITED PARTNERSHIP

       Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; ANDREW
WHEELER, in his official capacity as Administrator

       Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the joint motion for abeyance, the court grants the

motion and places this case in abeyance pending district court proceedings.  The

parties are directed to file a status report on January 16, 2020, and every thirty days

thereafter and shall immediately notify this court when the district court proceedings

have concluded.

For the Court

/s/ Patricia S. Connor, Clerk