FILED: August 26, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2208
(2:14-cv-16744)

_____

RON FOSTER; FOSTER FARMS, LLC; MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP

    Plaintiffs - Appellants

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, in his official capacity as Administrator of the Environmental Protection Agency

    Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk