IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| RON FOSTER, MARKETING & PLANNING SPECIALISTS LIMITED PARTNERSHIP, and FOSTER FARMS, LLC, <br><br>   Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, in his official capacity as Administrator, <br><br>   Defendants and Counterclaim Plaintiffs. | No. 2:14-cv-16744 |

**NOTICE REGARDING UNITED STATES SUPREME COURT'S RECENT DECISION IN *SACKETT V. EPA* AND MOTION TO STAY RULINGS.**

The United States of America notifies the Court of the United States Supreme Court's recent decision in *Sackett v. EPA,* No. 21-454 (May 25, 2023). A copy of the *Sackett v. EPA* decision is attached. The United States is currently evaluating this decision and its potential impact on pending Clean Water Section 404 enforcement cases. We respectfully request that the Court refrain from ruling on Defendants' pending Motion for Review, ECF No. 286, and the United States' Cross-Motion for Injunctive Relief, ECF No. 289 until the United States has had the opportunity to evaluate whether the *Sackett* decision impacts the United States' position in the pending motions.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

*/s/Jennifer M. Mankins*
Jennifer M. Mankins
Assistant United States Attorney

                                                                       W.V. State Bar No. 9959
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304.345.2200
Fax: 304.347.5443
Email: jennifer.mankins@usdoj.gov

*/s/Laura J. Brown*
Laura J. Brown (PA Bar 208171)
Sonya J. Shea
United States Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
202-514-3376 (Brown)
303-844-7231 (Shea)
laura.j.s.brown@usdoj.gov
sonya.shea@usdoj.gov

Dated: June 20, 2023

## CERTIFICATE OF SERVICE

I hereby certify that the EPA's Notice Regarding United States Supreme Court's Recent Decision in *Sackett v. EPA* and Motion to Stay Rulings was served on the following counsel for Counterclaim Defendants through the CM/ECF system.

Joseph V. Schaeffer and Gerald M. Titus III
SPILMAN THOMAS & BATTLE PLLC
48 Donley Street, Suite 800
P.O. Box 615,
Morgantown, West Virginia 26507
Phone: 304-291-7952
jschaeffer@spilmanlaw.com, gtitus@spilmanlaw.com

John Charles Wilkinson, Jr.
1530 Quarrier Street
Charleston, WV 2531
Jcmaxwilkinson@gmail.com

Dated: June 20, 2023                    */s/Laura J. Brown*